1

**Leon GLECKMAN, Appellant, v. Edward RUSTAD, U. S. Marshal, etc.**

Circuit Court of Appeals, Eighth Circuit. May 14, 1927.

No. 7662.

Appeal from the District Court of the United States for the District of Minnesota.

Thomas V. Sullivan and Frank E. McAllister, both of St. Paul, Minn., for appellant.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

2

**GOODYEAR TIRE & RUBBER COMPANY, Plaintiff, Plaintiff in Error, v. Juan G. GALLARDO, Treasurer, Defendant, Defendant in Error.**

Circuit Court of Appeals, First Circuit. November 8, 1927.

No. 2134.

Error to the District Court of the United States for the District of Porto Rico.

Nelson Gammans, of New York City, for plaintiff in error.

William C. Rigby, of Washington, D. C., George C. Butte, Atty. Gen., and J. A. Lopez Acosta, Asst. Atty. Gen., for defendant in error.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. This is an action at law, brought in the federal District Court of Porto Rico, to recover taxes paid under protest. The plaintiff seeks to recover $8,000.13, that being the amount of taxes assessed under the Porto Rico Tax Act of August 20, 1925 (Acts Porto Rico 1925, No. 85), and paid under protest. The tax was assessed upon automobile tires and other articles manufactured by the plaintiff in the United States and imported into and sold by it in Porto Rico. In the District Court judgment was entered for the defendant, from which this writ was prosecuted.

We regard the questions presented as concluded by our decisions in Goodyear Tire & Rubber Co. v. Gallardo, Treas. (C. C. A.) 18 F.(2d) 926; Sanchez Morales & Co. v. Gallardo, Treas. (C. C. A.) 18 F.(2d) 550; and Porto Rico Tax Appeals (C. C. A.) 16 F. (2d) 545.

The judgment of the District Court of Porto Rico is affirmed, with costs to the defendant in error.

---

3

**GULF REFINING COMPANY OF LOUISIANA, Plaintiff in Error, v. O. J. KING.**

Circuit Court of Appeals, Eighth Circuit. June 20, 1927.

No. 7833.

In Error to the District Court of the United States for the Western District of Arkansas.

W. E. Patterson and W. H. Rector, both of El Dorado, Ark., for plaintiff in error.

E. L. Compere, of Hamburg, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiff in error.